### Forrester *ads*. Barret.

THIS was an action of *replevin*, and plaintiff having omitted to bring on the caufe to trial,

*Burr* for defendant now moved for judgment as in cafe of nonfuit.    Barnes 317.

*Harrifon* oppofed the motion, and infifted that it is never grantable in this action; and cited Buller 65. 3 Durn. & Eaft 661. 1 Black. Rep. 375.

*Per Curiam.*    In the action of replevin, both parties are equally actors, and either party may carry down the caufe for trial, no judgment as in cafe of nonfuit therefore is ever given.

The defendant muft take nothing by his motion.

### Holmes and another *vs.* Lansing.

EMOTT moved to amend the declaration after plea pleaded, which was granted, but a queftion now arofe, whether the defendant is entitled both to an imparlance and to cofts: vide Str. 950. Dallas 465. where it is faid he fhall only have his election of one; but in 2 Blackft. Rep. 785. he had both.

*Per Curiam.*    There is a diverfity of practice between the King's Bench and Common Pleas;